UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PRINCESS JOHNSON, | ) | CASE NO. 1: 17 CV 848 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. The Report and Recommendation (ECF # 16) issued on June 6, 2018, is hereby ADOPTED by this Court, without objection.

Plaintiff sought review of the Commissioner's denial of her request for supplemental security income. She argues that the administrative law judge ("ALJ") erred in determining that she could perform light work by not considering all of her impairments in combination. The Magistrate Judge found that the ALJ did properly consider the limiting effect of all her impairments. The Magistrate also found that the ALJ's credibility determination was properly supported and took into account the relevant regulations and rulings, and was supported by

objective evidence. Finally, although the ALJ did not give controlling weight to the treating physician's opinions, she supported this decision with a detailed explanation and citations to contradictory objective evidence which provides good reason for her assessment.

Based on a full review of the arguments presented, the applicable law, and the record before the Court, Magistrate Limbert's report recommends that the Court find that the Commissioner's decision denying supplemental security income is supported by substantial evidence, and should be affirmed. No timely objections to the report have been filed. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Magistrate Judge's Report and Recommendation in its entirely. The Commissioner's decision denying Ms. Johnson's application for supplemental security income is AFFIRMED, and this case is dismissed with prejudice. IT IS SO ORDERED.

DATED: July 2, 2018

_____
DONALD C. NUGENT
United States District Judge